To whom it may concern,

      Hello my name is Serena Villapania (20 years old), I am writing this letter on behalf of my father Michael Villapania who is in custody at this time.

      Michael is not just my father but he is also a son, a brother, a friend, and a human being who makes mistakes. I want to be able to share with you the benefits of having my father in my life and who he is as an individual from my perspective.

      From my birth till now he has shown the true definition of what an active father is in mine and my sibling lives. In a recent conversation with my father I expressed 'what the experience of being away from loved ones has affected him'. He explained to me that even though he is not physically able to experience things with my brother and I such as graduating, school events, or even getting my first car doesn't mean that he can't enjoy us later on in our lives. He is grateful for all the little things like being able to call or video chat with us as often as he can while still being able to give us advice to learn from his own experiences. I can truly say that my father has shown effort in having a relationship with his children no matter the circumstance.

      My own definition of who Michael Villapania is aside from a father is a man of resilience, compassion, open mindfulness, empathy and the list goes on. My father is always willing to lend a hand to someone in need even if it means to struggle himself. Throughout the community many members know my father by always being a man with a big heart (and stomach). Being able to hear from family members and friends about who my father is reminds me of things many people see in me as well, such as my father always telling me he is just looking for a chance.

      It is in my sincere hope that you take my letter into consideration at the time of sentencing. Despite the current case, I believe my father deserves an opportunity to experience a new life with new opportunities. I come to you with a humble heart to emphasize my own description of who Michael Villapania is to me. Please do not hesitate to contact me.

Thank you.

Serena Villapania

To whom it may concern,

      I am writing this letter to you on behalf of my father Michael Villapania, who is pleading guilty to the case of Distribution of an Illegal Substance and who is in custody at this moment.

      Throughout this time of my father being incarcerated I have been able to grow closer to him and share life experience and challenges I am facing. I am very honored to let you know that my father is loving, intelligent, and verbally expressive. Although my father is not here to share first hand experiences with me it does not mean he hasn't been in my life. He continually puts in effort to be supportive and give me advice as I have gotten older.

      I have no say in the suggestions of my father's sentencing but I believe my father deserves a chance to experience a new life with a purpose. To be able to learn from the mistakes he has made and overcome obstacles in his life just as any other individual.

      Thank you

Michael A Villapania Jr.